IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ZEPHYRINUS EGBUONU,            *
#27041-265
    Plaintiff,                 *

    v.                         *        2:07-CV-998-WKW

CAPTAIN BARRETT, *et al.*,     *

    Defendants.                *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2), it is ORDERED that the motion be and is hereby GRANTED.[1]

Done, this 9th day of November 2007.

        /s/ Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE

---

[1] *See Ojo v. INS*, 106 F.3d 680, 683 (5th Cir. 1997) (acknowledging that detainee had been convicted of and sentenced for a crime and that his criminal violations in a sense caused his INS (Immigration and Naturalization Service) detention because they gave the INS cause to deport him but such was not sufficient where detainee was not a "prisoner" because the basis for his current detention was for a violation of immigration law rather than criminal law and because immigration violations were not mentioned in 28 U.S.C. § 1915(h); *LaFontant v. INS*, 135 F.3d 158, 165 (D.C. Cir. 1998) ("[A]n incarcerated alien facing deportation is not a 'prisoner' for purposes of the PLRA.").