**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Warden Terrance McDonnell
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Bruce Vermilya
C. Date of Delivery: 11-13-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:
07cv998
Po + cmp

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0005 4873 0607

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540