| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece. | A. Signature<br>X *[signature: Bruce Kennedy]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Bruce Vermlefer<br>C. Date of Delivery: 11-13-07 |
| Deputy Warden Rowell<br>Kilby Correctional Facility<br>P.O. Box 150<br>Mt. Meigs, AL 36057 | address different from item 1? ☐ Yes<br>er delivery address below: ☐ No<br><br>07cv998<br>Dothan<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☑ Registered ☐ Return Receipt for Merchandise<br>☑ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0005 4873 0614 |

PS Form February 2004  Domestic Return Receipt  102595-02-M-1540