| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Bruce Vermilye_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Bruce Vermilye  C. Date of Delivery 11-13-07 |
| 1. Article Addressed to:<br>Captain Barrett<br>Kilby Correctional Facility<br>P.O. Box 150<br>Mt. Meigs, AL 36057 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv998 POSnp<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0005 4873 0621 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |