**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Kim Thomas
General Counsel
ADOC
Legal Division
P.O. Box 301501
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Shonaka Thomas
C. Date of Delivery: 11-14-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

07cv998
Procord✓
cmp

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0005 4873 0591

PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540