IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-998-WKW |
| CAPTAIN BARRETT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the motion to substitute filed by Defendants on January 2, 2008, and for good cause, it is

ORDERED that the motion (*Doc. No. 11*) be and is hereby GRANTED.

The Clerk is DIRECTED to substitute Defendant Allen's signed affidavit for his unsigned affidavit submitted with Defendants' December 21, 2007 special report.

Done, this 8th day of January 2008.

                                              /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE