**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  Egbuonu v. Barrett et al

Case Number:   2:07-cv-00998-WKW

Referenced Pleading:   Affidavit - Exh 1 - referenced doc. 10

This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZEPHYRINUS EGBUONU, #27041-265, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:07-CV-998-WKW |
| ) | |
| CAPTAIN BARRETT, et al., ) | |
| Defendants. ) | |

## AFFIDAVIT

STATE OF ALABAMA    X
                    X
MONTGOMERY COUNTY   X

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Richard F. Allen, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Richard F. Allen. I am presently employed as Commissioner of the Alabama Department of Corrections. I am over twenty-one (21) years of age.

I do not know the Plaintiff in this matter and to my knowledge have not had any contact with him. As Commissioner, I do not control the daily operation of the Kilby Correctional Facility or any of the various institutions of the Department, and had no involvement in the alleged incident.

I deny that I have violated the Plaintiff's constitutional rights in any way.

_____
Richard F. Allen
Commissioner

SWORN TO AND SUBSCRIBED before me this 21 day of December, 2007.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

EXHIBIT 1