IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 Plaintiff, | * * * |
| v. | * 2:07-CV-998-WKW |
| CAPTAIN BARRETT, et al., Defendants. | * * |

### MOTION REQUESTING COPY OF DEFENDANT DOCUMENTS FILED TO THE COURT

Comes Now Plaintiff, Zephyrinus Egbuonu, Pro-Se, hereby moves this Honorable Court to provide him with true copy of the documents that defendants filed before the Court in December 2007 on grounds that:

1. The Federal Rules of Civil Procedure require that defendant serves or mails to the plaintiff a true copy of anything which he/she sends or filed to the Court.

2. Defendant has not served plaintiff with a copy of the documents he/she send or filed with the Court in December 2007.

3. Plaintiff has not received any documents that defendants send or filed before the Court in December 2007.

W H E R E F O R E, for the foregoing reasons this Court shall grant and provide plaintiff the true copy of the documents send or filed by the defendants and/or ask the defendants to provide the plaintiff with the true copy of the

the documents send or filed before the Court in December 2007.

Respectfully submitted, this  7th  day of January 2008.

*Egbuonu Zephyr*
Zephyrinus Egbuonu
FDC # 27041-265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

## CERTIFICATE OF SERVICE

    I certify that I have served a true and correct copy of Motion Requesting Copy of Defendant Documents filed to the Court via United States Postal Service, Postage Prepaid, properly affixed and addressed to:

Office of the Attorney General
Alabama State Union
11 South Union Street
Montgomery, Alabama 36130-0152


Respectfully submitted, this 7th, day of January, 2008.

_Egbuonu Zephyr_
Zephyrinus Egbuonu
FDC # 27041-265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

Zephyrinus Egbuonu
FDC # 27041-265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

ALEXANDRIA LA 713
09 JAN 2008 PM 2 L



Office of the Clerk
Civil Division
United States District Court
Middle District of Alabama
15 Lee Street
Montgomery, Alabama 36104

36104+4056