IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ZEPHYRINUS EGBUONU,  *
#27041-265
    Plaintiff,  *

    v.  *  2:07-CV-998-WKW

CAPTAIN BARRETT, *et al.*,  *

    Defendants.  *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's request for service of pleadings. Plaintiff states that he has not received the special report filed by Defendants in December.

A review of the court docket reflects that on January 2, 2008 counsel for Defendants remailed Defendants' special report and answer to Plaintiff at the Federal Detention Center in Oakdale upon realizing that she originally sent said pleadings to Plaintiff at an incorrect address. (*See Doc. No. 12*.) In light of the foregoing, it is

ORDERED that the motion for service of pleadings (*Doc. No. 16*) be and is hereby DENIED at this time. If Plaintiff has not received Defendants' answer and special report by the time he receives the instant order, he may renew his request for service of pleadings.

Done, this 16th day of January 2008.

                        /s/ Terry F. Moorer
                        TERRY F. MOORER
                        UNITED STATES MAGISTRATE JUDGE