IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZEPHYRINUS EGBUONU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:07-CV-998-WKW |
| BOBBY BARRETT, et al., | ) ) ) |
| Defendants, | ) ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Kim Thomas, Richard Allen, Donal Campbell, Bobby Barrett, Willie Rowell, and Terrance McDonnell, Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

January 18, 2008
_____
Date

/s/ Tara S. Knee_____
Counsel Signature

Thomas, Allen, Campbell, Barrett, Rowell, and McDonnell_____
Counsel for (print names of all parties)

P.O. Box 301501
Montgomery, AL 36130-1501
Address, City, State Zip Code

334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Tara S. Knee, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18th day of January, 2008, to:

Zephyrinus Egbuonu
Reg. No. 27041-265
Federal Detention Center
P.O. Box 5010
Oakdale, LA 71463

_January 18, 2008_____          /s/ Tara S. Knee_____
        Date                                    Signature