IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 JAN 29  A  9: 21

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

ZEPHYRINUS EGBUONU,               *
#27041-265
    Plaintiff,                   *

    v.                           *          2:07-CV-998-WKW

CAPTAIN BARRETT, *et al.*,         *

    Defendants.                  *

## MOTION FOR EXTENSION OF TIME

Comes Now Plaintiff, Zephyrinus Egbuonu (Pro-Se) respect-fully moves this Court for extension of time to and including 03/20/08 for Plaintiff to file a response to such Defendants' pleading.    For grounds Plaintiff States:

1.  The Plaintiff did not received Defendants' special report with deadline of December 18, 2007 until January 10, 2008 (see attached United States Postal Service stamped envelope).

2.  The Defendants' opposition to Plaintiff's civil complaint is length and complex.

3.  The Plaintiff will be unable to adequately obtain affidavit and affidavit of his witnesses and evidences to verify that Plaintiff is not  **Royce Privett and  not confined at Lime-stone Correctional facility in Harvest, Alabama** as alleged by Defendants, and response by 01/28/08 deadline.

4.  The Plaintiff is proceeding Pro-Se and lacks knowledge in Civil Litigation and requires extension of time to prepare an adequate response to Defendant's opposition pleading.

5. The granting of this request will result in judicial economy with a Plaintiff response answer being filed together with evidences and affidavit of his witnesses against all Defendants at one time.

6. No party will be prejudiced by the granting of this request.

W H E R E F O R E, based on the foregoing the Plaintiff respect-fully request that the Court grant this motion, and allow for additional days to file his response pleading to such Defendants' opposition pleadings, making the extended deadline 03/20/08.

Respectfully Submitted,

January 21, 2008
Date

Egbuonu Zephyr

Zephyrinus Egbuonu
FDC # 27041 - 265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

State of Alabama
Central Mail Ops
#3



02 1M
0004229539     JAN 07 2008
$ 02.50⁰
MAILED FROM ZIP CODE 36104

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL 36130-1501

JPA

# Legal Mail

Inmate Zephyrinus Egbuonu
#27041-265
Federal Detention Center
P.O. Box 5010
Oakdale, LA  71463

## CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of Plaintiff's Motion for Extension for Extension of Time via United States Postal Service, postage prepaid, properly affixed and addressed to:

Tara S. Knee

Alabama Department of Corrections

Legal Division

P. O. Box 301501

Montgomery, Alabama 36130-1501

Respectfully submitted, this _21st_ day of January 2008.

*Egbuonu Zephyr*

Zephyrinus Egbuonu

FDC # 27041 - 265

Federal Detention Center

P. O. Box 5010

Oakdale, Louisiana 71463

Zephyrinus Egbuonu
FDC # 27041-265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463



ALEXANDRIA LA 713

23 JAN 2008 PM 2 L

Office of the Clerk (Case #2:07-CV-998-WKW)
Civil Division
United States District Court
Middle District of Alabama
15 Lee Street
Montgomery, Alabama 36104

36104+4056

