IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-998-WKW |
| CAPTAIN BARRETT, *et al.*, | * | |
| Defendants. | * | |

**ORDER ON MOTION**

Defendants filed a motion to amend/correct special report on January 29, 2008. In support of the motion, Defendants state their original special report contained an incorrect exhibit which was also used as background information in the special report. Upon consideration of the motion and for good cause, it is

ORDERED that the motion (*Doc. No. 26*) be and is hereby GRANTED. The Clerk is DIRECTED to substitute the amended/corrected special report, including Exhibit 6A, filed by Defendants on January 29, 2008 for the special report and Exhibit 6 (*Doc. No.10 , Part 1 and Exh. 6.*) previously filed on December 21, 2007.

Done, this 30th day of January 2008.

   /s/  Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE