IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-998-WKW |
| CAPTAIN BARRETT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

On January 29, 2008 Plaintiff filed a Motion for Extension of Time wherein he requests additional time to respond to Defendants' December 21, 2007 special report. (*Doc. No. 25*.)  Plaintiff's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1.  Plaintiff's Motion for Extension of Time (*Doc. No. 25*) be and is hereby GRANTED;

2. Plaintiff is GRANTED an extension from January 28, 2008 to and including March 20, 2008 to file a response to Defendant's special report.

**NO** further requests for additional time to file an opposition shall be entertained by the court absent a showing of exceptional circumstances.

Done, this 30th day of January 2008.

    /s/  Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE