IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ZEPHYRINUS EGBUONU,
#27041-265
    Plaintiff,   *

v.   *   2:07-CV-998-WKW

CAPTAIN BARRETT, *et al*.,   *

    Defendants.   *

## MOTION FOR EXTENSION OF TIME

    Comes Now Plaintiff, Zephyrinus Egbuonu (Pro-Se) respectfully moves this Court for extension of time to and including 03/20/08 for Plaintiff to file a response to such Defendants' pleading. For grounds Plaintiff States:

1. The Plaintiff did not received Defendants' special report with deadline of December 18, 2007 until January 10, 2008 (see attached United States Postal Service stamped envelope).

2. The Defendants' opposition to Plaintiff's civil complaint is length and complex.

3. The Plaintiff will be unable to adequately obtain affidavit and affidavit of his witnesses and evidences to verify that Plaintiff is not **Royce Privett and not confined at Limestone Correctional facility in Harvest, Alabama** as alleged by Defendants, and response by 01/28/08 deadline.

4. The Plaintiff is proceeding Pro-Se and lacks knowledge in Civil Litigation and requires extension of time to prepare an adequate response to Defendant's opposition pleading.

5. The granting of this request will result in judicial economy with a Plaintiff response answer being filed together with evidences and affidavit of his witnesses against all Defendants at one time.

6. No party will be prejudiced by the granting of this request.

W H E R E F O R E, based on the foregoing the Plaintiff respectfully request that the Court grant this motion, and allow for additional days to file his response pleading to such Defendants' opposition pleadings, making the extended deadline 03/20/08.

Respectfully Submitted,

<u>January 21, 2008</u>
    Date

*Egbuonu Zephyr*
Zephyrinus Egbuonu
FDC # 27041 - 265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463



Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL 36130-1501

JPA

**Legal Mail**

Inmate Zephyrinus Egbuonu
#27041-265
Federal Detention Center
P.O. Box 5010
Oakdale, LA  71463

## CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of Plaintiff's Motion for Extension for Extension of Time via United States Postal Service, postage prepaid, properly affixed and addressed to:

Tara S. Knee

Alabama Department of Corrections

Legal Division

P. O. Box 301501

Montgomery, Alabama 36130-1501


Respectfully submitted, this 21st day of January 2008.

*Egbuonu Zephyr*
Zephyrinus Egbuonu
FDC # 27041 - 265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463