IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-998-WKW |
| CAPTAIN BARRETT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's February 5, 2008 Motion for Extension of Time, and in light of the court's January 30, 2008 order granting Plaintiff an extension to and including March 20, 2008 to file a response to Defendants' special report (*see Doc. No. 29*), it is

ORDERED that the motion (*Doc. No. 31*) and is hereby DENIED as moot.

Done, this 5th day of February 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE