IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 FEB 25 P 2: 12
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 Plaintiff, | * * | |
| v. | * | 2:07-CV-998-WKW |
| CAPTAIN BARRETT, et al., | * | |
| Defendants. | * | |

## MOTION REQUEST FOR COPY OF DEFENDANT AFFIDAVIT

Comes Now Plaintiff, Zephyrinus Egbuonu (Pro-Se) respectfully moves this court to provide him with true copy of the Defendant Donal Campbell affidavit as with respect to Plaintiff's civil complaint on grounds that:

1. The Defendant Donal Campbell has not provided the Plaintiff with a true copy of his affidavit and Plaintiff has a court deadline of March 20, 2008 (Doc. #10, 26, 28) to response to DEfendants' opposition Special Report and Answer to his filed civil complaint.

2. The granting of this request will result in judicial economy with a Plaintiff response being filed together with evidences and affidavit against all Defendants at one time.

3. No party will be prejudiced by the granting of this request.

W H E R E F O R E, based on the forgoing the Plaintiff

respectfully request that the court grant this motion, and provide him with the true copy of Defendant Donal Campbell affidavit.

Respectfully submitted, this __15th__ day of February, 2008.

> Respectfully Submitted,
>
> *Egbuonu Zephyr*
> _____
> Zephyrinus Egbuonu
> 27041265 FDC
> Federal Detention Center
> P. O. Box 5010
> Oakdale, Louisiana 71463

## CERTIFICATE OF SERVICE

I hereby certify that on the __15th__ day of February, 2008, that I have a true and correct of Motion Request for Copy of Defendant Affidavit via United States Postal Service, postage prepaid, properly affixed and addressed to:

Tara S. Knee, Assistant Attorney General
Alabama Department of Corrections
Legal Division
P. O. Box 310501
Montgomery, Alabama 36130-1501

> *Egbuonu Zephyr*
> _____
> Zephyrinus Egbuonu

Zephyrinus Egbuonu
27041 - 265 FDC
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

ALEXANDRIA LA 713
20 FEB 2008 PM 2 T

"LET US DARE TO READ, THINK, SPEAK..."
John Adams, 1776
poweroftheletter.org

Legal Mail

Office of the Clerk
United States District Courts
Civil Division - Middle District Alabama
15 Lee Street
Montgomery, Alabama 36104