IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-998-WKW |
| CAPTAIN BARRETT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Plaintiff requests that the court provide him with a copy of Defendant Campbell's affidavit. A review of Defendants' special report reflects that no affidavit was filed on behalf of former Commissioner Campbell. The court has carefully reviewed the pleadings and documents filed in this matter and finds that it is not necessary at this juncture to direct Defendants to submit an affidavit from former Commissioner Campbell. *See See Monell v. Dept. of Social Servs.,* 436 U.S. 658, 691 (1978). Accordingly, it is

ORDERED that the motion (*Doc. No. 33*) be and is hereby DENIED.

Done, this 26th day of February 2008.

                                                                 /s/ Terry F. Moorer
                                                              TERRY F. MOORER
                                                              UNITED STATES MAGISTRATE JUDGE