IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 APR 15 A 8:30

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-998-WKW |
| CAPTAIN BARRETT, *et al.*, | * | |
| Defendants. | * | |

## MOTION TO AMEND AND CORRECT CLERICAL ERRORS

COME NOW Plaintiff Zephyrinus Egbuonu, Acting Pro-Se, by and through him in the above-styled action, and file this Motion to Amend and Correct Clerical Errors in his filed Plaintiff's Response to Defendants' Special Response and Answer. Plaintiff state as follow:

1. That Plaintiff's Response to Defendants' Special Report and Answer was mailed to the Court on March 19, 2008.

2. That Plaintiff discovered clerical errors that Plaintiff would like correct.

3. Plaintiff would like to correct page 9 line 23 presently indicated "04-08-06" to reflect "03-08-06", see attachment.

4. Plaintiff would like to correct page 35 line 22 presently indicated "03-08-08" to reflect "03-08-06", see attachment.

5. Plaintiff would like to correct page 35 line 27 presently indicated "04-09-08" to reflect "03-09-06", see attachment.

W H E R E F O R E these premises considered Plaintiff pray that this Honorable Court will correct the stated above with the Plaintiff's corrected drafted version as attached.

Respectfully Submitted,

*Egbuonu Zephyr*
Zephyrinus Egbuonu
(Acting Pro-Se)
27041-265 FDC
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th April, 2008 served a copy of the forgoing attached, by first-class United States Postal Service Mail, postage prepaid and addressed upon the following:

Tara S. Knee
Assistant Attorney General/General Counsel
Alabama Department of Corrections - Legal Division
P. O. Box 301501
Montgomery, Alabama 36130-1501

*Egbuonu Zephyr*
Zephyrinus Egbuonu
(Acting Pro-Se)

follows:

41. Inmate Request - Time Conflict First Crew request dated 10-09-05
42. Inmate Request - Kitchen Job Time Conflict with Law Library and Religion dated 10-11-05
43. Inmate Request - Job Time Conflict with Appeal and Religion dated 10-13-05
44. Notification of Rejected Mail dated 10-18-05
45. Notification of Rejected Mail dated 10-28-05
46. Notification of Rejected Mail dated 11-01-05
47. Notification of Rejected Mail dated 12-06-05
48. Inmate Request - Legal Document Problem dated 12-24-05
49. Inmate Request - Trial Transcript Mail Issue dated 12-24-05
50. Inmate Request - Law Library dated 01-22-06
51. Inmate Request - Law Library dated 01-25-06
52. Inmate Request - Law Librarian Relate dated 02-08-06
53. Inmate Request - Legal Material dated 02-28-06
54. Inmate Request - Legal Material dated 02-28-06
55. Inmate Request - Legal Material dated 03-01-06
56. Inmate Request - Legal Material dated 03-07-06
57. Plaintiff letter to Alabama Department of Corrections Legal Division - Legal Materials dated 03-08-06
58. Inmate Request - Legal Material dated 04-06-06
59. Inmate Request - Transfer Denied dated 04-10-06
60. Inmate Request - Background Record Review dated 04-13-06

requested dated 02-13-06 signed by Defendant Captain Barrett on 02-14-06. Defendant Thomas only provided Plaintiff with: 1) one page conclusion of <u>Beard v. Bank,</u> No. 04-1739 (US Supreme Court legal citation) and <u>Clark v. United States,</u> No.05-5491 (US Supreme Court legal citation) respectively; 2) no other information was provided to Plaintiff as with respect to these stated above legal citation to enable Plaintiff decide w h e n to commence his challenge to prison conditions and other in the Federal Courts; 3) no other legal citations Plaintiff requested were made available to Plaintiff. Defendant Thomas took over two weeks to respond and deny Plaintiff request for access to legal materials; legal citations, Plaintiff needed to commence his Federal Court pleading. See Defendants Exhibit 11, See also Ex. 2, 50, 51, 52, 57, 67.

Plaintiff now asked his family members and friends to download and print the download material text of the legal materials including legal citations that were not available in the KCF law library and mail to him through United States Postal Service.

On 03-07-06, Plaintiff sent an Inmate Request Slip to Defendant Deputy Warden Rowell requesting for assistance to provide Plaintiff with the out of State legal citation cited by Alabama Attorney General against Plaintiff (Ex. 56)

On 03-08-06, Plaintiff sent letter to Defendant Thomas requesting for assistance to provide Plaintiff with legal materials including legal citations cited in Plaintiff's States' denied writ and Alabama Attorney General brief and others which were not available at the institution law library. (Ex. 57)

On about 03-09-06, Defendant Captain Barrett respond back