IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-998-WKW |
| CAPTAIN BARRETT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's motion to amend and correct clerical errors. He requests that errors he made in referencing certain dates in his opposition dated March 19, 2008 be corrected. Upon consideration of the motion, construed as a motion to correct typographical errors, it is

ORDERED that the motion (*Doc. No. 40*) be and is hereby GRANTED.

Done, this 16th day of April 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE