IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ZEPHYRINUS EGBUONU )<br># 242109, )<br> )<br>v. )<br> )<br>DEPUTY WARDEN ROWELL, )<br>KIM THOMAS, RICHARD ALLEN, )<br>CAPTAIN BARRETT, TERRANCE )<br>MCDONELL, DONAL CAMPBELL, )<br> )<br>   Defendants. ) | Case No.:   2:07-CV-00998-WKW-TFM |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Tara S. Knee and withdraws her name as counsel of record for the above-named Defendants on the grounds that she is no longer employed by the Alabama Department of Corrections, and that Kim T. Thomas, Esq. will continue to represent said Defendants.

Therefore, no further notices regarding this case need to be sent to Tara S. Knee.

Respectfully submitted this the 25th day of August 2008.

s/ Tara S. Knee
TARA S. KNEE            (KNE003)

OF COUNSEL:
ALABAMA STATE PERSONNEL DEPARTMENT
Folsom Administrative Building
64 N. Union Street, Suite 316
Montgomery, Alabama 36130
Telephone:  (334) 353-0046
Facsimile:  (334) 353-4481
Email:    Tara.Knee@personnel.alabama.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing pleading upon the following by placing same in the United States Mail, first class postage prepaid, and properly addressed on August 25, 2008:

Zephyrinus Egbuonu
AIS # 242109
Kilby Correctional facility
Post Office Box 150
Mt. Meigs, Alabama 36057

                                              s/ Tara S. Knee
                                              OF COUNSEL