IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * |
| Plaintiff, | * |
| v. | *     2:07-CV-998-WKW |
| CAPTAIN BARRETT, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of the motion to withdraw filed by counsel on August 25, 2008 and for good cause, it is

ORDERED that the motion (*Doc. No. 43*) be and is hereby GRANTED.

Done, this 26th day of August 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE