IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZEPHYRINUS EGBUONU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-998-WKW [WO] |
| ) | |
| ) | |
| CAPTAIN BARRETT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 25, 2010, the Magistrate Judge filed a Recommendation (Doc. # 46) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 46) is ADOPTED;

2. Defendants' Motion for Summary Judgment, as amended (Docs. # 10, 26), is GRANTED; and

3. Plaintiff's supplemental state law claims are DISMISSED without prejudice.

DONE this 22nd day of September, 2010.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE